UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN R. SHARP,

    Plaintiff,

v.                                                            CASE NO.: 8:14-cv-2911-T-23AEP

KINGSMAN ACQUISITION FIRM,
INC., et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    The plaintiff sues (Doc. 1) for violations of the Fair Debt Collection Practices Act and of the Florida Consumer Debt Collection Practices Act.  Timothy Robinson answers (Doc. 4) in behalf of himself and the corporate defendant, Kingsman Acquisition Firm, Inc.  Local Rule 2.03(e) states, "A corporation may appear and be heard only through counsel admitted to practice in the Court . . . ."  Robinson may not represent Kingsman Acquisition in this action.  (Although he can represent himself, Robinson is strongly advised to obtain the services of a member of The Florida Bar.)  Further, the answer fails to comply with Local Rule 1.05(a), which requires double-spacing (not 1.7 or 1.9 but 2.0 spaces between lines).

    Accordingly, the answer (Doc. 4) is **STRICKEN**.  No later than **MARCH 20, 2015**, the defendants may answer either separately or together.  In either

circumstance, Kingsman Acquisition must retain counsel and must cause counsel to answer the complaint.  Also, in either circumstance, the answer or answers must comply with the Local Rules, especially Local Rule 1.05(a), which requires double-spacing; twelve-point font (thirteen-point is better); 1.25-inch top, bottom, and left margin; and a 1- to 1.25-inch right margin.  Failure to comply with this order may result in default and default judgment against Robinson or Kingsman Acquisition.

The plaintiff replies (Doc. 5) to the defendants' answer.  Under Rule 7(a)(7), Federal Rules of Civil Procedure, a reply to an answer is permitted only "if the court orders one."  Because the plaintiff failed to obtain leave to reply to the defendants' answer, the plaintiff's reply (Doc. 5) is **STRICKEN**.

ORDERED in Tampa, Florida, on February 10, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE